12077.   GHOLSTIN *v.* THE STATE.

BROYLES, C. J.   1. The court did not err in refusing to charge the jury as follows: "The defendant has put his character in issue through his statement; this he has a right to do and can do just as effectively as by sworn testimony. I charge you that good [character] alone might sometimes, if the other evidence is doubtful, raise and generate a doubt in your mind and work an acquittal." See, in this connection, *Hill* v. *State*, 18 *Ga. App.* 259 (89 S. E. 351).

2. The assignments of error not referred to in the brief of counsel for the plaintiff in error are treated as abandoned.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 13, 1921.

Indictment for burglary; from Bibb superior court — Judge Terrell presiding.   December 11, 1920.

*John R. Cooper, W. O. Cooper, Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.